In the Matter of Supplementary Proceedings: MARJORIE E. SWIFT v. HAROLD S. BALHATCHET.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

IRLRAY REALTY AND CONSTRUCTION CORPORATION v. PERRY A. HULL and EDITH HULL.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants procure the record on appeal and the appellants' points to be filed on or before December 15, 1931, with notice of argument for January 5, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM J. BICHLER v. MITCHELL COHN and Another.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ISIDOR KLEIN v. DINERO REALTY CORPORATION and Others. (WILLIAM J. SHELDRICK, Intervening Appellant.) — Motion granted, provided the appeal be diligently prosecuted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of HARRY P. KATZ, an Attorney.— Reference ordered to Charles A. Riegelman, Esq., as referee. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of STEPHEN J. SZENDY, an Attorney.— Reference ordered to George W. Burleigh, Esq., as referee. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM LOWENSTEIN, as Trustee in Bankruptcy of MEYER REIKES, v. ANNIE REIKES.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LUCIEN L. YEOMANS, INC., v. ARCHIE M. ANDREWS.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SEVILLA REALTY CORPORATION v. SILVINA FEBLES and Others.— Motion denied and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

RAGONESE BROS. CORPORATION v. ASSYR CONSTRUCTION CO., INC., and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

AMERICAN CLOAK AND SUIT MANUFACTURERS ASSOCIATION, INC., v. BROOKLYN LADIES' GARMENT MANUFACTURERS ASSOCIATION, INC.— Motion denied, with ten dollars costs, but with leave to defendant to bring on its appeal for December 18, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SCHWARTZ BROS. FUR CORPORATION v. TRANSPORTATION INSURANCE COMPANY OF NEW YORK and M. WEISSBERGER'S FIRST AVENUE MOVING AND STORAGE CO., INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SHERWOOD SHOE COMPANY, Appellant, v. BELGIAN LEATHER CORPORATION and Another, Defendants, Impleaded with B. LINDNER & BRO., INC., Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.